**Greenspoon Marder LLP**

Kelly Purcaro, Partner
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

June 18, 2024

**VIA ECF**

The Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

> Request GRANTED. The Initial Pretrial Conference scheduled for June 26, 2024, is ADJOURNED to **Wednesday, July 24, 2024, at 9:30 a.m.** The joint letter and proposed Civil Case Management Plan described in the previous Order at Dkt. No. 5 are now due on **July 17, 2024**. The Clerk of Court is directed to terminate Dkt. No. 14.
>
> SO ORDERED. Date 6/21/2024
>
> _/s/ Margaret M. Garnett_
> HON. MARGARET M. GARNETT
> U.S. DISTRICT JUDGE

Re:   **Jason Humble v. David J. Kovacs**
      **Case No. 1:24-cv-03404-MMG**

**The Parties' First Joint Letter-Motion for an Adjournment of the Initial Pretrial Conference**

Dear Judge Garnett:

This firm represents Defendant, David J. Kovacs ("Defendant") in regard to the above-referenced case pending before this Court. Pursuant to your Honor's Individual Practices in Civil Cases, this Letter-Motion is to advise this Court that the undersigned attorney has met and conferred with counsel for Plaintiff, Jason Garrett Lampert, and the Parties jointly request that the Initial Pretrial Conference currently scheduled for Wednesday, June 26, 2024, at 4:30 p.m. be adjourned for a date after the July 8, 2024 deadline for Defendant's responsive pleading.

Wherefore, Defendant respectfully requests entry into the record of the instant letter adjourning the June 26th Initial Pretrial Conference until after July 8th. This is the Parties' first request for an adjournment of the Initial Pretrial Conference, which is made jointly, and this Court's endorsement of the Parties' stipulation to this effect will not affect any other case deadlines.

Respectfully submitted,

GREENSPOON MARDER LLP

 */s/ Kelly Purcaro*

Kelly Purcaro, Partner

cc: All parties (via ECF)